IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Robert Bernard Stein | : | Case No. 20-20666-CMB |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Wilmington Trust, National Association, | : | |
| not in its individual capacity, but solely | : | Related to Document #17 |
| as Trustee for MFRA Trust 2014-2 | : | |
| Movant(s) | : | |
| | : | Hearing Date: 4/29/20 at 11:00 a.m. |
| vs. | : | |
| Robert Bernard Stein | : | |
| Respondent(s) | : | |

## CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION OF WILMINGTON TRUST, NATIONAL ASSOCIATION'S RELIEF FROM STAY

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. Wilmington Trust, National Association. requests relief from stay with regard to the property located at 1502 Jennifer Court.

2. Local Rule (W.PA.LBR) 9013-3(a) contains a list of what must be pled in a motion seeking relief from stay. Among other items in the list, the Local Rule requires the movant to plead: (a) the value of any affected property and the source of the valuation (L.R. 9013-3(a)(3)); and (b) the current balance (inclusive of principal, interest, interest rate, charges, costs, fees, and accruing daily interest) (L.R. 9013-3(a)(6)).

3. Without an allegation of the value and balance due it is impossible to determine if there is adequate protection as a result an equity cushion, or more significantly from the Trustee's perspective, whether the property has value for the estate. It does not appear that the movant plead either a value for the property or current balance due.

4. Although it appears unlikely there is equity in this case, the Court and Trustee need not be forced to guess at the relevant facts required by local rule.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: April 17, 2020

By: /s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Robert Bernard Stein                              :    Case No. 20-20666-CMB
                                                  :    Chapter 13
    Debtor(s)                    :
Wilmington Trust, National Association, :
not in its individual capacity, but solely :    Related to Document #17
as Trustee for MFRA Trust 2014-2      :
    Movant(s)                    :
                                                  :    Hearing Date: 4/29/20 at 11:00 a.m.
    vs.                          :
Robert Bernard Stein                              :
    Respondent(s)                :

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th of April 2020, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Albert G. Reese, Jr., Esquire
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA  15235

Robert Bernard Stein
Melissa L. Stein
1502 Jennifer Court
Irwin, PA  15642

Kaitlin Shire, Esquire
777 Township Line Road, Suite 250
Yardley, PA  19067

/s/Rosa Richard
Office of Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com