| | |
|---|---|
| | N |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 20-20666-CMB |
| ) | |
| ROBERT B. STEIN, ) | Chapter 13 |
| ) | |
|     Debtor. ) | |
| ) | |
| ROBERT B. STEIN, ) | Related to Doc. No. 34 |
| ) | |
|     Movant, ) | |
| ) | |
|     v. ) | |
| ) | |
| AUTO USE, BANK OF AMERICA, BECKET ) | |
| & LEE, CHRISTOPHER A. DENARDO, ESQ., ) | |
| COUNTRYWIDE HOME LOANS SERVICING ) | |
| LP, CREDIT ONE BANK, ECAST SETTLEMENT ) | |
| CORP., EXCELLA HEALTH MEDICAL GROUP, ) | |
| FAY SERVICING, LLC, FIRST ENERGY, ) | |
| HARVEST ASSOCIATES INC., INTERNAL ) | |
| REVENUE SERVICE, JEFFERSON CAPITAL ) | |
| SYSTEMS, LLC, LVNV FUNDING, NORWIN ) | |
| SCHOOL DISTRICT, PEOPLES GAS, PYOD ) | |
| LLC, QUANTUM3 GROUP LLC, REC MGMT ) | |
| SVC, SANTANDER CONSUMER USA, US ) | |
| DEPARTMENT OF EDUCATION, WEST PENN ) | |
| POWER, WILMINGTON TRUST, NATIONAL ) | |
| ASSOCIATION, AS TRUSTEE, AND RONDA J. ) | |
| WINNECOUR, ESQUIRE, CHAPTER 13 ) | |
| TRUSTEE, ) | |
| ) | |
|     Respondents. ) | |

## ORDER

**AND NOW,** this 22nd day of June, 2020, the Debtor having filed *Debtor's Amended Motion to Impose the Automatic Stay Under §362* ("Motion," Doc. No. 34) and only one response (Doc. No. 44) to the Motion having been filed by Wilmington Trust, National

Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2014-2 ("Wilmington"), and without any objections by any other parties, and whereas the Debtor and Wilmington are attempting to resolve Wilmington's objections to the instant Motion and Wilmington's pending motion for relief from stay (Doc. No. 17) by way of consent order,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED** to the extent provided herein.
2. The automatic stay is hereby imposed as to all named respondents *except* Wilmington.
3. As to Wilmington, the extent of the automatic stay shall be determined by further order of Court.

_____  **glb**
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/22/20 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA